UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MIRABEL HOTEL AND RESTAURANT GROUP LLC,<br><br>　　　　　　　Defendant. | Case No. 19-cv-02529-SVK<br><br>**ORDER TO SHOW CAUSE** |

On May 10, 2019, Plaintiff Peter Strojnik, Sr. ("Plaintiff") filed a complaint against Defendant Mirabel Hotel and Restaurant Group LLC ("Defendant") for violations of the Americans with Disabilities Act, the California Unruh Civil Rights Act, and the California Disabled Persons Act. *See* Dkt. 1. Also on May 10, 2019, the Parties were ordered to comply with the provisions of General Order ("G.O.") 56. *See* Dkt. 2. On June 25, 2019, Defendant filed its answer. *See* Dkt. 5. The docket reflects no activity in the matter since that date. Consequently, on December 16, 2019, the Court ordered the Parties to provide by January 3, 2020 a joint status report detailing their compliance with G.O. 56. Dkt. 11. The Parties were also ordered to appear at a case management conference on January 7, 2020. *Id*. The Parties failed to file a status report and failed to appear at the January 7, 2020 hearing.

////

////

////

////

////

////

Accordingly, the Court **ORDERS** the Parties to show cause why this case should not be dismissed for failure to prosecute. The Parties are to file a written response to this order to show cause by **January 17, 2020 at 12:00 p.m**. and must appear before this Court on **January 21, 2020 at 10:00 a.m**. If the Parties fail to respond by the January 17, 2020 deadline, the case will be dismissed and the Clerk will close the file.

**SO ORDERED.**

Dated: January 7, 2020

SUSAN VAN KEULEN
United States Magistrate Judge