Stephan A. Barber (SBN 70070)
JRG Attorneys at Law
318 Cayuga Street
Salinas, CA 93901
Telephone:    (831) 754-2444
Facsimile:    (831) 269-7089

Attorneys for MIRABEL HOTEL AND
RESTAURANT GROUP LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, | Case No.: 19-cv-02529-SVK |
| Plaintiff, | [PROPOSED] ORDER GRANTING **MIRABEL HOTEL AND RESTAURANT GROUP LLC'S MOTION TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE** |
| vs. | |
| MIRABEL HOTEL AND RESTAURANT GROUP LLC, | **Date:    January 21, 2020** |
| Defendant. | **Time:    10:00 a.m.** |
| | **Place:    Courtroom 6** |

    Having reviewed the file and the request in this matter and for good cause appearing, IT IS SO ORDERED that Mirabel Hotel and Restaurant Group, LLC's motion for leave to appear telephonically at the January 21, 2020 Order to Show Cause is hereby GRANTED.

Dated: ___January 16, 2020_____

_Susan van Keulen_
Hon. Susan Van Keulen
United States Magistrate Judge