Stephan A. Barber (SBN 70070)
JRG Attorneys at Law
318 Cayuga Street
Salinas, CA 93901
Telephone: (831) 754-2444
Facsimile: (831) 269-7089

Attorneys for MIRABEL HOTEL AND RESTAURANT GROUP LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>    Plaintiff,<br><br>vs.<br><br>MIRABEL HOTEL AND RESTAURANT GROUP LLC,<br><br>    Defendant. | Case No.: 19-cv-02529-SVK<br><br>**STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER DISMISSING ACTION** |

It is hereby stipulated between Plaintiff Peter Strojnik, in pro se, and Defendant Mirabel Hotel and Restaurant Group LLC, by and through its attorney Stephan A. Barber, as follows:

1. Plaintiff's Complaint shall be dismissed with prejudice.
2. Each party will bear his/its own costs and fees.
3. All court dates and deadlines shall be vacated and the case closed.

IT IS SO STIPULATED.

Dated: March 6, 2020         By: _/s/Peter Strojnik_
                                                Peter Strojnik, Plaintiff

Dated: March 3, 2020         **JRG ATTORNEYS AT LAW**


                                      By: _/s/ Stephan A. Barber_
                                             Stephan A. Barber
                                             Attorneys for Mirabel Hotel and Restaurant Group LLC

[~~PROPOSED~~] **ORDER**

The Court has read and approved the above Stipulation of the Parties. Pursuant to the above Stipulation, all dates and deadlines in this matter are vacated and the action is hereby dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: March 6, 2020

*Susan van Keulen*
Susan van Keulen
United States ~~District Court Magistrate~~
Magistrate Judge